**Danny James COHEA, Petitioner–Appellant,**

v.

**Larry E. SCRIBNER, Warden, Respondent–Appellee.**

**No. 08–55238.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 20, 2009.*

Filed Jan. 28, 2009.

Danny James Cohea, Calipatria, CA, pro se.

Lora Martin, Deputy Attorney General, Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before O'SCANNLAIN, SILVERMAN and BYBEE, Circuit Judges.

MEMORANDUM **

Upon review of the record and the parties' briefs, this court hereby summarily affirms the district court's order denying appellant's request for preliminary injunctive relief. *See United States v. Hooton,* 693 F.2d 857 (9th Cir.1982) (per curiam) (summary affirmance appropriate where result is clear from face of record).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

All pending motions are denied.

**AFFIRMED.**